UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.                                       No. 24-3169

ZACHARY JORDAN ALAM,

    Appellant.

### INTERIM TRANSCRIPT STATUS REPORT

☐   No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐   All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:     The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 03/29/21 | Status Conference | Sara Wick |
| 04/13/21 | Arraignment | Sara Wick |
| 05/28/21 | Status Conference | Sara Wick |
| 06/24/21 | Motion Hearing | Sara Wick |
| 07/21/21 | Status Conference | Sara Wick |
| 08/17/21 | Status Conference | Sara Wick |
| 10/12/21 | Status Conference | Sara Wick |
| 10/20/21 | Status Conference | Sara Wick |
| 10/27/21 | Status Conference | Sara Wick |
| 12/06/21 | Arraignment | Sara Wick |
| 12/22/21 | Status Conference | Sara Wick |
| 02/23/22 | Status Conference | Sara Wick |
| 03/30/22 | Status Conference | Sara Wick |
| 06/27/22 | Status Conference | Sara Wick |
| 08/12/22 | Status Conference | Jan Dickman |
| 08/18/22 | Status Conference | Jeff Hook |

| 09/02/22 | Status Conference | Sara Wick |
|---|---|---|
| 10/05/22 | Status Conference | Lisa Bankins |
| 10/21/22 | Status Conference | Lisa Moreira |
| 11/09/22 | Status Conference | Lorraine Herman |
| 12/01/22 | Status Conference | Sara Wick |
| 01/04/23 | Status Conference | Sara Wick |
| 01/26/23 | Status Conference | Christine Asif |
| 06/27/23 | Motions Hearing | Sara Wick |
| 07/10/23 | Motions Hearing | Sara Wick |
| 08/11/23 | Motions Hearing | Sara Wick |
| 08/31/23 | Pretrial Conference | Sara Wick |
| 09/01/23 | Pretrial Conference | Sara Wick |
| 09/05/23 | Voir Dire | Sara Wick & Tim Miller |
| 09/06/23 | Jury Selection | Sara Wick & Tim Miller |
| 09/07/23 | Jury Trial | Sara Wick & Tim Miller |
| 09/08/23 | Jury Trial | Sara Wick & Tim Miller |
| 09/11/23 | Jury Trial | Sara Wick & Tim Miller |
| 09/12/23 | Jury Deliberation | Sara Wick |
| 05/06/24 | Sentencing | Sara Wick |
| 05/15/24 | Status Conference | Sara Wick |
| 10/16/24 | Status Conference | Sara Wick |
| 11/07/24 | Sentencing | Sara Wick |

Interim Part II:   The following necessary transcripts have been completed and received:

Interim Part III:   State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

_____
_____
_____

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TONY AXAM, JR.
Assistant Federal Public Defender

2

625 Indiana Avenue, N.W., Suite 550  
Washington, D.C. 20004  
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Initial Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 12 2025.

Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document by using the U.S. District Court For The District Of Columbia online Request A Transcript site to order transcripts from Sara Wick, Jan Dickman, Jeff Hook, Lisa Bankins, Lisa Moreira, Lorraine Herman, Christine Asif, and Tim Miller, Official Court Reporters.

/s/  
_____  
TONY AXAM, JR.