# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3169**                                          **September Term, 2024**

                                                                       **1:21-cr-00190-DLF-1**

                                        **Filed On: April 14, 2025** [2110982]

United States of America,

        Appellee

    v.

Zachary Jordan Alam,

        Appellant

## M A N D A T E

In accordance with the order of April 14, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                                    BY:     /s/
                                                   Selena R. Gancasz
                                                   Deputy Clerk

Link to the order filed April 14, 2025